UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN SOCIETY FOR THE PREVENTION :
   OF CRUELTY TO ANIMALS,
FUND FOR ANIMALS,
ANIMAL WELFARE INSTITUTE,
ANIMAL PROTECTION INSTITUTE,
TOM RIDER,                                     MISC. NO. _____

     Plaintiffs                               [RELATED TO:
                                             Civ. No. 03-02006 (EGS/JMF)]

v.

RINGLING BROS. AND BARNUM & BAILEY :
   CIRCUS,
FELD ENTERTAINMENT, INC.,

     Defendants

## CERTIFICATE REQUIRED BY LcvR 7.1 OF THE LOCAL RULES
## OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for People for the Ethical Treatment of Animals ("PeTA"), certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of PeTA which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

_____
PHILIP J. HIRSCHKOP (D.C. Bar #153908)
HIRSCHKOP & ASSOCIATES, P.C.
908 King Street, Suite 200
Alexandria, Virginia 22314
Telephone: (703) 836-6595
Facsimile: (703) 548-3181

Counsel for People for the Ethical Treatment of Animals

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2008, I caused the foregoing Certificate Required by LcvR 7.1 of the Local Rules of the United States District Court for the District of Columbia to be served via hand-delivery upon:

> Katherine A. Meyer, Esquire
> MEYER GLITZENSTEIN & CRYSTAL
> 1601 Connecticut Avenue, N.W., Suite 700
> Washington, D.C. 20009
> *Counsel for Plaintiffs*
>
> Lisa Zeiler Joiner, Esquire
> FULBRIGHT & JAWORSKI LLP
> 801 Pennsylvania Avenue, N.W.
> Washington, D.C. 20004
> *Counsel for Defendants*

_____
PHILIP J. HIRSCHKOP