UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PEOPLE FOR THE ETHICAL          :
    TREATMENT OF ANIMALS          :
                              :
v.                              :          Misc. Case: 1:08-mc-00069 (EGS)
                              :
FELD ENTERTAINMENT, INC.        :
------------------------------------------------------------

Related Case No.  03-2006 (EGS/JMF)

AMERICAN SOCIETY FOR THE        :
PREVENTION OF CRUELTY TO        :
ANIMALS, et al.,                :
                              :
          Plaintiffs,          :
                              :
    v.                          :
                              :
FELD ENTERTAINMENT, INC.,       :
                              :
          Defendant.          :
                              :

## MOTION FOR EXTENSION OF TIME

Defendant Feld Entertainment, Inc. ("FEI") hereby moves for an extension of time to respond to the motion to quash filed as a miscellaneous action by People for the Ethical Treatment of Animals ("PETA"). As grounds therefore, FEI states as follows:

PETA's motion originates from a document subpoena that FEI issued pursuant to Fed.R.Civ.P. 45 out of the federal district where PETA is headquartered, the Eastern District of Virginia, Norfolk Division. During a status conference held in the related ASPCA, et al. v. Feld Entertainment, Inc. case on November 20, 2007, FEI advised Magistrate Judge Facciola that it believed a motion to compel in the Eastern District would be necessary on this particular subpoena. This prediction proved to be true, and FEI moved to enforce the subpoena by filing a

motion to compel in the Norfolk Division of the Eastern District of Virginia on January 28, 2008.

PETA reacted to FEI's motion to compel by seeking from FEI's Norfolk counsel an extension of time to respond, to which FEI agreed. PETA then needlessly proliferated the proceedings on this matter by filing a miscellaneous action in this Court on Friday, February 8, 2008, writing directly to this Court on Monday, February 11, 2008, and launching a dual-tracked motions practice in the Eastern District: PETA filed a second motion for protective order, transfer or stay in the Eastern District on Wednesday, February 13, 2008 as well as its response brief to FEI's motion to compel.

FEI, however, has several competing deadlines already in place in the ASPCA case pursuant to the course that Magistrate Judge Facciola and, to a lesser extent the parties themselves, have set. In that case, all final discovery motions are due on Friday, February 15, 2008, with briefing schedules to follow the local rules. See Order (2/12/08) (Docket # 254). Pursuant to the phone hearing on February 7, 2008, plaintiffs will be filing two more motions in that case, which will require a response by FEI. FEI will also be filing its own motions to compel in accordance with the February 15, 2008 deadline. In addition, briefing is already underway between the parties on another issue, and FEI's response to that motion is due on Tuesday, February 19, 2008. Magistrate Judge Facciola has scheduled an evidentiary hearing for Tuesday, February 26, 2008. Consequently, FEI needs an extension of time to respond to PETA's motion filed as this miscellaneous action, which would otherwise be due on Tuesday, February 19, 2008.

The undersigned hereby certifies that she has conferred with counsel for PETA, Philip Hirschkop, via telephone on February 14, 2008 to seek his consent to the relief requested. Having itself benefitted from an extension of time to which FEI agreed, PETA now refuses to

reciprocate that professional courtesy. PETA opposes FEI's request for an extension of time because FEI will not consent to PETA's desire to "transfer" jurisdiction to this court.

There is no prejudice to PETA by the extension of time sought. It is necessary and reasonable for FEI under the circumstances. Accordingly, FEI respectfully requests that this Court grant it a nine-day extension of time to and including, Friday, February 29 to respond. A proposed order is attached.

Dated this 15th day of February, 2008.

Respectfully submitted,

John M. Simpson (D.C. Bar #256412)
Joseph T. Small, Jr. (D.C. Bar #926519)
Lisa Zeiler Joiner (D.C. Bar #465210)
Michelle C. Pardo (D.C. Bar #456004)
George A. Gasper (D.C. Bar #488988)

FULBRIGHT & JAWORSKI L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 662-0200
Facsimile: (202) 662-4643

Counsel for Defendant Feld Entertainment, Inc.

## CERTIFICATE OF SERVICE

I, Lisa Zeiler Joiner, do hereby certify that on February 15, 2008 the foregoing **Motion for Extension of Time** was filed electronically on the ECF system as well as served in the manners stated below:

*VIA FACSIMILE AND REGULAR U.S. MAIL to:*

Philip J. Hirschkop, Esq.
Hirschkop & Associates, P.C.
908 King Street, Suite 200
Alexandria, VA 22314-3013
Facsimile:  703-548-3181
Counsel for PETA

Lisa Zeiler Joiner

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PEOPLE FOR THE ETHICAL     :
       TREATMENT OF ANIMALS   :
                                        :

v.                                         :      **Misc. Case: 1:08-mc-00069 (EGS)**
                                          :

FELD ENTERTAINMENT, INC.    :

------------------------------------------------------------

Related Case No. 03-2006 (EGS/JMF)

AMERICAN SOCIETY FOR THE     :
PREVENTION OF CRUELTY TO     :
ANIMALS, <u>et al.</u>,                :
                                        :

          **Plaintiffs,**       :

    v.                                   :

FELD ENTERTAINMENT, INC.,     :

          **Defendant.**      :

_____:

## <u>ORDER</u>

Upon consideration of Feld Entertainment, Inc.'s Motion for Extension of Time, the filings related thereto, and for good cause shown, it is this _____ day of February, 2008,

ORDERED that the Motion is GRANTED; and it is further

ORDERED Feld Entertainment, Inc. shall have to and including Friday, February 29, 2008 to file its opposition.

_____
          U.S. DISTRICT COURT JUDGE