UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, | : : : | |
| Plaintiffs | : : | |
| v. | : : | **MISC. NO. 1:08-mc-00069(EGS)** |
| FELD ENTERTAINMENT, INC., et al., | : : : | RELATED TO: CIV. 03-2006 (EGS/JMF) |
| Defendants | : | |

**SUPPLEMENTAL
OPPOSITION TO DEFENDANT FELD ENTERTAINMENT, INC.'S
<u>MOTION FOR EXTENSION OF TIME</u>**

COMES NOW plaintiff, by counsel, and, in supplement to its February 20, 2008 Opposition to defendant's Motion for Extension of Time, states as follows.

Plaintiff originally moved for an expedited hearing in its Motion for Protective Order. Defendant FEI had requested an extension of time to respond to plaintiff's Motion for Protective Order. To date, the Court has not acted, nor has defendant timely filed its response. Defendant has deceptively argued to this Court that it is overburdened and does not have time to respond in time. At the hearing in the underlying matter on February 26, 2008, FEI apparently similarly asked the Court for an additional week in that matter. However, while FEI delays the matters before this Court, it is pressing for a hearing in Norfolk to defeat the jurisdiction of this Court and the Order of Judge Sullivan that discovery in the underlying case should be before Judge Facciola. Attached is a letter from FEI counsel in Norfolk

pressing for a hearing in that case.

Respectfully submitted,

/s/ Philip J. Hirschkop
PHILIP J. HIRSCHKOP, DC Bar #153908)
HIRSCHKOP & ASSOCIATES, P.C.
908 King Street, Suite 200
Alexandria, Virginia   22314
Telephone:   (703) 836-6595
Fax:            (703) 548-3181
*Counsel for People for the Ethical Treatment of Animals*

Date:   February 28, 2008

# Troutman Sanders LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

150 WEST MAIN STREET
SUITE 1600
NORFOLK, VIRGINIA 23510-1609
www.troutmansanders.com
TELEPHONE: 757-640-0004
FACSIMILE: 757-687-7510

Christopher A. Abel
chris.abel@troutmansanders.com

Direct Dial: 757-687-7535
Direct Fax: 757-687-1532

February 25, 2008

**BY HAND DELIVERY**
Fernando Galindo, Clerk
United States District Court
Eastern District of Virginia
Norfolk Division
600 Granby Street
Norfolk, VA 23510-2449

RE: *Feld Entertainment, Inc. v. People for Ethical Treatment of Animals*
Case No.: 2:2008mc00004

Dear Mr. Galindo:

On January 28, 2008, Plaintiff Feld Entertainment, Inc. filed its Motion to Compel Documents Subpoenaed from Defendant People for the Ethical Treatment of Animals. That motion is now fully briefed, with Defendant People for the Ethical Treatment of Animals having filed its Memorandum in Opposition on February 13th and Plaintiff having filed its Reply Brief on February 19th.

Plaintiff believes that a hearing on this Motion to Compel would aid the Court in its determination and therefore respectfully requests that the Court schedule a hearing on the motion at its earliest convenience.

Your assistance in this matter is appreciated. Do let me know if you have any question about the enclosed. In the interim, I remain

Respectfully,

Christopher A. Abel

CAA/lmn

ATLANTA • HONG KONG • LONDON • NEW YORK • NEWARK • NORFOLK • RALEIGH
RICHMOND • SHANGHAI • TYSONS CORNER • VIRGINIA BEACH • WASHINGTON, D.C.