UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, | : : : | |
| Plaintiffs | : : | |
| v. | : : | **MISC. NO. 1:08-mc-00069(EGS)** |
| FELD ENTERTAINMENT, INC., et al., | : : | RELATED TO: CIV. 03-2006 (EGS/JMF) |
| Defendants | : | |

## PRAECIPE

PLEASE TAKE NOTICE that counsel for plaintiff will appear before The Honorable John M. Facciola on Thursday, March 6, 2008, at 9:30 A.M., and seek to have the Court set a hearing, hold a status conference, or take such other action as the Court deems appropriate in this matter.

                Respectfully submitted,

                /s/ Philip J. Hirschkop
                PHILIP J. HIRSCHKOP, DC Bar #153908)
                HIRSCHKOP & ASSOCIATES, P.C.
                908 King Street, Suite 200
                Alexandria, Virginia   22314
                Telephone:    (703) 836-6595
                Fax:               (703) 548-3181
                *Counsel for People for the Ethical Treatment of Animals*

Date:   February 28, 2008